UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-21654 -THIS IS A CONSENT CASE/TORRES

SARAH WILLIAMS,

    Plaintiff,

vs.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated by and between counsel for the Plaintiff and counsel for the Defendant that the above cause, having been amicably settled, be dismissed with prejudice and that each party shall bear its own costs and attorney's fees.

Dated: April 15, 2020

| | |
|---|---|
| **John H. Hickey** | **David J. Horr** |
| Florida Bar No.: 305081 | Florida Bar No.: 310761 |
| hickey@hickeylawfirm.com; | dhorr@admiral-law.com |
| **Sarah Lobel** | **Stephanie H. Wylie** |
| Florida Bar No.: 88716 | swylie@admiral-law.com |
| slobel@hickeylawfirm.com | Florida Bar No.: 130140 |
| HICKEY LAW FIRM, P.A. | **Ryan T. Harris** |
| 1401 Brickell Avenue, Suite 510 | Florida Bar No.: 1018831 |
| Miami, FL 33131-3501 | rharris@admiral-law.com |
| Telephone: (305) 371-8000 | HORR, NOVAK & SKIPP, P.A. |
| Facsimile: (305) 371-3542 | Two Datran Center, Suite 1700 |
| **Attorneys for Plaintiff** | 9130 South Dadeland Boulevard |
| | Miami, FL 33156 |
| | Telephone: (305) 670-2525 |
| | Facsimile: (305) 670-2526 |
| | **Attorneys for Defendant** |

CASE NO.: 18-CV-21654 -THIS IS A CONSENT CASE/TORRES
PAGE 2

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on April 15, 2019, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

/s/ Ryan T. Harris
RYAN T. HARRIS
Florida Bar No.:  1018831