UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  18-CV-21654 -THIS IS A CONSENT CASE/TORRES

SARAH WILLIAMS,

    Plaintiff,

vs.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the parties' Joint Stipulation for Dismissal with Prejudice, and the Court having considered the parties' stipulation for dismissal and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the joint stipulation is approved, and the within cause be dismissed with prejudice, as to all parties and all claims, each party to bear its own costs and attorney's fees.

DONE and ORDERED in Chambers in Miami, Florida this 22 day of June, 2020.

_____
EDWIN G. TORRES
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record